AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Yiyuan Zhang
*Plaintiff*
v.
Acting Director Julie Decker, et al.
*Defendant*

Civil Action No. 3:20-cv-45

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Case remanded to the United States Citizenship and Immigration Services ("USCIS") for a decision on Plaintiffs application for naturalization.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Remand.

Date: 9/8/2020

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk